ing proceeds will come to Dolbeare & Co. after all.

Decree that Eldredge's lien has precedence, and the amount awarded him is to be paid, and the remaining proceeds to Dolbeare & Co., unless there are other petitions not yet heard.

## Case No. 4,639.
### FANNY v. KELL.
[2 Cranch, C. C. 412.][1]

Circuit Court, District of Columbia. May Term, 1823.

R. J. Taylor, for plaintiff.

Thompson F. Mason, for defendant.

Judgment was rendered for the defendant, upon the case stated; upon the authority of the case of Brown v. Wingard [Case No. 2,034], in Washington, at April term, 1822.

[1] [Reported by Hon. William Cranch, Chief Judge.]

## Case No. 4,640.
### The FANNY v. SIMPSON.

## Case No. 4,641.
### The FANNY FOSDICK.
[4 Blatchf. 374;[1] 18 How. Pr. 328; 16 Leg. Int. 348.]

Circuit Court, S. D. New York. Oct. 8, 1859.

Townsend Scudder, for libellants.

Benjamin F. Mudgett, for claimant.

NELSON, Circuit Justice. The wheat, 990 sacks, containing 2,306 bushels, was put on board the vessel in the month of December, 1857, and arrived at New York on the 10th of January following. The vessel was a general ship, engaged in carrying general cargo, and had laden on board, with the wheat, flour, sugar, molasses, hides, oil, &c. It is claimed that the wheat, when it was discharged at New York, emitted an offensive smell, as if impregnated with the odor of kerosene, or Breckenridge coal oil, of which some one hundred and fifty barrels had been stowed in the hold of the ship. Two hundred bags of the wheat were stowed in the hold, on barrels of flour, which rested on a ground tier of hogsheads of molasses. The wheat was not, however, within twenty feet of the oil. The rest of the wheat was stowed between decks. The cargo was well stowed and properly cared for during the voyage, unless the stowage of the oil in the presence of the wheat affords evidence of bad and unskilful stowage, and want of due care and caution in the transportation. The wheat was, when discharged, in fine condition in all respects, except the offensive odor. This smell, the witnesses state, reduced its value some twenty-five cents per bushel.

[1] [Reported by Hon. Samuel Blatchford, District Judge, and here reprinted by permission.]